# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2670 Disciplinary Docket No. 3 |
| | : | |
| | : | Board File No. C1-19-932 |
| JEFFREY S. LISABETH, | : | |
| | : | (Supreme Court of the State of New York, |
| | : | Appellate Division: Second Judicial |
| | : | Department, No. 2017-11266) |
| | : | |
| | : | Attorney Registration No. 64188 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of December, 2019, the Joint Petition for Reciprocal Discipline is granted, and Jeffrey S. Lisabeth is suspended from the practice of law in this Commonwealth for a period of two years. Respondent shall comply with all the provisions of Pa.R.D.E. 217.